HEATHER E. WILLIAMS, #122664
Federal Defender
MEGAN T. HOPKINS, #294141
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorney for Defendant
JOHN MOYNIHAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:17-po-00857-JDP |
| Plaintiff, | STIPULATION AND ORDER TO VACATE REVIEW HEARING AND TERMINATE UNSUPERVISED PROBATION |
| vs. | |
| JOHN MOYNIHAN, | JUDGE: Hon. Jeremy D. Peterson |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the review hearing scheduled for September 10, 2019 at 10:00 a.m. be vacated, and the term of unsupervised probation be terminated early, in light of Mr. Moynihan's compliance with all conditions of unsupervised probation and complete payment of the financial penalty imposed.

Mr. Moynihan was sentenced on October 2, 2018 to 12 months of unsupervised probation with the conditions that he obey all laws and pay a total financial penalty of $1,000.00 in installments of not less than $100.00 per month, with payments to be completed by August 2, 2019. At the time of sentencing, the Court indicated that should Mr. Moynihan complete his financial penalty payments within the specified time frame and otherwise comply with the terms

and conditions of his probation, the Court would terminate his probation after six months of demonstrated compliance.

Mr. Moynihan has completed payment of the total financial penalty and is otherwise in compliance with the terms and conditions of his probation. It is therefore the request of the parties that the review hearing scheduled for September 10, 2019 at 10:00 a.m. be vacated, and the term of unsupervised probation be terminated.

Respectfully submitted,

MCGREGOR SCOTT
United States Attorney

DATED: July 10, 2019  By: */s/ Susan St. Vincent*
SUSAN ST. VINCENT
Acting Legal Officer
National Park Service
Yosemite National Park

HEATHER E. WILLIAMS
Federal Defender

DATED: July 10, 2019  By: */s/ Megan T. Hopkins*
MEGAN T. HOPKINS
Assistant Federal Defender
Attorney for Defendant
JOHN MOYNIHAN

## **O R D E R**

Good cause appearing, the above STIPULATION TO VACATE REVIEW HEARING AND TERMINATE UNSUPERVISED PROBATION in Case No. 6:17-po-00857-JDP is hereby accepted and adopted as the order of this court. The hearing currently set for September 10, 2019 is hereby vacated and the term of unsupervised probation is hereby terminated as of the date of the signing of this order.

IT IS SO ORDERED.

Dated:   July 16, 2019

_____
UNITED STATES MAGISTRATE JUDGE